IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIKING TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ENCORE REPAIR SERVICES, LLC and ENCORE REPAIR HOLDINGS, LLC,<br><br>    Defendants. | C.A. No. 20-1510-CFC |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
PURSAUNT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Encore Repair Services, LLC and Encore Repair Holdings, LLC, by and through their attorneys, hereby make the following disclosures:

1. Encore Repair Services, LLC's parent company is Encore Repair Holdings, LLC;

2. Encore Repair Holdings, LLC's parent company is New Encore Illinois, Inc.; and

3. No publicly held company has an ownership interest of 10% or more in either Encore Repair Services, LLC or Encore Repair Holdings, LLC.

1

| | |
|---|---|
| Dated: January 20, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| | */s/ Robert M. Vrana* |
| Christian G. Stahl | Anne Shea Gaza (No. 4093) |
| Michael W. Carwin | Robert M. Vrana (No. 5666) |
| QUARLES & BRADY LLP | Rodney Square |
| 300 N. LaSalle Street, Suite 4000 | 1000 North King Street |
| Chicago, Illinois 60654 | Wilmington, DE 19801 |
| (312) 715-5000 | (302) 571-6600 |
| christian.stahl@quarles.com | agaza@ycst.com |
| michael.carwin@quarles.com | rvrana@ycst.com |
| | *Attorneys for Defendants Encore Repair Services, LLC and Encore Repair Holdings, LLC* |

# **CERTIFICATE OF SERVICE**

I, Robert M. Vrana, hereby certify that on January 20, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Stephen B. Brauerman, Esquire
>Ronald P. Golden III, Esquire
>Bayard, P.A.
>600 N. King Street, Suite 400
>Wilmington, DE 19801
>*sbrauerman@bayardlaw.com*
>*rgolden@bayardlaw.com*
>
>*Attorneys for Plaintiff*

I further certify that on January 20, 2021, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

>Mark Raskin, Esquire
>Robert Whitman, Esquire
>Michael DeVincenzo, Esquire
>Andrea Pacelli, Esquire
>Charles Wizenfeld, Esquire
>Eric Berger, Esquire
>John Petrsoric, Esquire
>Elizabeth Long, Esquire
>King & Wood Mallesons LLP
>500 5th Avenue, 50th Floor
>New York, NY 10110
>*mark.raskin@us.kwm.com*
>*robert.whitman@us.kwm.com*
>*michael.devincenzo@us.kwm.cm*
>*andrea.pacelli@us.kwm.com*

27374356.1

*charles.wizenfeld@us.kwm.com*
*eric.berger@uskwm.com*
*john.petrsoric@us.kwm.com*
*elizabeth.long@us.kwm.com*

*Attorneys for Plaintiff*

Dated: January 20, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
(302) 571-6600
*agaza@ycst.com*
*rvrana@ycst.com*

*Attorneys for Defendants*
*Encore Repair Services, LLC and*
*Encore Repair Holdings, LLC.*

27374356.1

2